Local Criminal Notice of Appeal Form.

## NOTICE OF APPEAL
### United States District Court

_____EASTERN_____ District of ___NEW YORK___

UNITED STATES OF AMERICA,

VS.

CESAR MUNOZ,

Docket No.: __Cr-04-473__

__I. LEO GLASSER__
(District Court Judge)

Notice is hereby given that ___CESAR MUNOZ___ appeals to the United States Court of Appeals for the Second Circuit from the judgment [ X ], other [ _____ ] _____
(specify)

entered in this action on __02/04/05__
(date)

Offense occurred after November 1, 1987   Yes [ X ]   No [ ___ ]

This appeal concerns: Conviction only [ X ]  &  Sentence only [ X ]   No [ ___ ]

May 2002 – November 16, 2003

(Conviction and Sentence)

Date __02/14/05__
TO

_____(signature)_____
(Counsel for Appellant)

Address   Michael A. Pizzi, Jr

Bierman, Shohat, Loewy & Pizzi

800 Brickell Avenue, PH2, Miami, Florida  33131

ADD ADDITIONAL PAGE (IF NECESSARY)

Telephone Number: (305) 358-7000

| TO BE COMPLETED BY ATTORNEY | TRANSCRIPT INFORMATION - FORM B |
|---|---|
| ▶ QUESTIONNAIRE | ▶ TRANSCRIPT ORDER   ▶ DESCRIPTION OF PROCEEDINGS FOR WHICH TRANSCRIPT IS REQUIRED (INCLUDE DATE) |

[ ✓ ] I am ordering a transcript
[ ___ ] I am not ordering a transcript
Reason
  [ ___ ] Daily copy is available
  [ ___ ] U.S. Attorney has placed order
  [ ___ ] Other. Attach explanation

Prepare transcript of
[ ___ ] Prepare proceedings
[ ✓ ] Trial  10/18, 19, ... 2004
[ ✓ ] Sentencing  02/04/05
[ ___ ] Post-trial proceedings

Dates

The attorney certifies that he/she will make satisfactory arrangements with the court reporter for payment of the cost of the transcript. (FRAP 10(b)).
Method of payment    [ ___ ] Funds [ ✓ ]    CJA Form 24 [ ___ ]

ATTORNEY'S SIGNATURE _____   DATE  02/14/05

▶ COURT REPORTER ACKNOWLEDGMENT    To be completed by Court Reporter and forwarded to Court of Appeals.

| Date order received | Estimated completion date | Estimated number of pages |
|---|---|---|
|  | Date _____  Signature _____ (Court Reporter) |  |

DISTRIBUTE COPIES TO THE FOLLOWING:

1. Original to U.S. District Court (Appeals Clerk).
2. Copy U.S. Attorney's Office.
3. Copy to Defendant's Attorney
4. U.S. Court of Appeals
5. Court Reporter (District Court)

USCA-2
FORM A Rev. 10-02